# EXHIBIT 1



**U.S. Department of Justice**

Civil Rights Division

*Voting Section*
*950 Pennsylvania Ave, NW – 4CON*
*Washington, DC  20530*

August 6, 2025

<u>Via Mail and Email</u>

The Honorable Stephanie Thomas
Secretary of State
P.O. Box 150470
165 Capitol Ave. Suite 1000
Hartford, Connecticut 06106
stephanie.thomas@ct.gov

Dear Secretary Thomas:

      We write to you as the chief election official for the State of Connecticut to request information regarding Connecticut's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501 *et seq*.

      Please provide a list of the election officials who are responsible for implementing Connecticut's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort. Please also provide a description of the steps that you have taken, and when those steps were taken, to ensure that the State's list maintenance program has been properly carried out in full compliance with the NVRA.

      The NVRA requires each state and the District of Columbia to make available for inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1). Section 11 of the NVRA authorizes the Attorney General to bring NVRA enforcement actions. *See* 52 U.S.C. § 20510.

      Please provide the following information in electronic form. The time period for these requests is close of registration for the November 2022 general election through the close of registration for the November 2024 general election, the same time period as the most recent report from the Election Assistance Commission's Election Administration and Voting Survey ("EAVS"). If you are unable to provide the data, please explain why the data is not available.

1. A review of the most recent EAVS report shows that Connecticut has one of the lowest rates in the nation for removing deceased persons from the voter registration rolls relative to the number of deaths in Connecticut, as reported by the Centers for Disease Control

and Prevention. Please explain whether there have been adjustments to the number removed for deceased that was reported in the EAVS Report. Please explain Connecticut's process for identifying and removing deceased individuals from the voter roll.

2. Connecticut's aggregated data for EAVS Questions A10b through A10f, which track the outcome of Confirmation Notices that were mailed to registrants, is larger than the number of Confirmation Notices sent out by the state. Please explain this discrepancy, as well as Connecticut's process for sending out Confirmation Notices and recording the outcomes of those Notices.

3. In response to EAVS Question A3d, no data was listed for any municipality in Connecticut, which asks for information regarding registration transactions submitted by persons already registered to vote. Please provide the data on duplicate registrations for Connecticut.

4. In response to EAVS Question A12h, there is a footnote in the EAVS report stating that Connecticut does not track information about duplicate registrations. Moreover, no data was provided for Question 13a, regarding what records were merged or linked with another record. Please explain what actions Connecticut is taking to identify duplicate registrations and to remove those duplicates from the voter registration list. Please provide a list of all duplicate registrants who were removed from the statewide voter registration list. If records were merged, please provide that information.

Please provide a description of the steps that Connecticut has taken, and when those steps were taken, to identify registered voters who are ineligible to vote as well as the procedures it used to remove those ineligible voters from the registration list. Please identify the number of registered voters identified as ineligible to vote for the time period of the close of registration for the November 2022 general election through present for each of the following reasons:

1. Non-citizen
2. Adjudicated incompetent
3. Felony conviction

For each of those voters identified in categories 1-3 above, provide their registration information on the statewide voter registration list, including their vote history.

Please provide this information within 14 days of the date of this letter. The information and materials may be sent by encrypted email to voting.section@usdoj.gov or via the Department's secure file-sharing system, Justice Enterprise File Sharing (JEFS).

      Should further clarification be required, please contact Maureen Riordan at maureen.riordan2@usdoj.gov. We look forward to your assistance in advance.

      Sincerely,

_____
Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division


Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division


cc:    Kristin Sullivan
       Director of Elections
       P.O. Box 150740
       Hartford, CT 06106
       kristin.sullivan@ct.gov