# EXHIBIT 2

Office of the Secretary of the State
State of Connecticut
165 Capitol Avenue, Suite 1000
P.O. Box 150470, Hartford, CT 06115-0470

Stephanie Thomas
Secretary of the State

Jennifer D. Barahona
Deputy Secretary of the State

August 20, 2025

U.S. Department of Justice
Civil Rights Division – Voting Section
950 Pennsylvania Ave N.W.
Washington, DC  20530

Michael L. Gates and Maureen Riordan:

  This letter is in response to your letter dated August 6, 2025. The August 6th letter contained several requests for the purported purpose of ensuring the State of Connecticut's compliance with the statewide voter registration list maintenance provisions of the National Voter Registration Act ("NVRA").

  The first request is to provide a list of election officials responsible for implementing Connecticut's general program of voter registration list maintenance from November 2022 to now. Attached to this letter, please find a list of all Registrars of Voters in the state. This list was last updated Monday, August 11, 2025. We do not keep copies of this list by year. When changes occur, the file is written over to reflect the changes on our website. Necessarily, attached to this letter, please find excerpts from the 2022, 2023, and 2024 Connecticut State Register and Manual ("Bluebook"). The Registrars of Voters are the primary local election officials responsible for list maintenance.

### I. Ensuring Compliance with NVRA

You have asked us to describe the steps the state has taken and when those steps were taken to ensure the State's list maintenance program has been carried out in full compliance with the NVRA.

The annual canvass, conducted by registrars between the beginning of January through the end of April, to ascertain changes of residence, encompasses the requirements of the NVRA. 52 USC § 20507(a)(4)(B). When a registrar receives an application for admission as an elector, within 48 hours, they must send a notice of cancellation to the appropriate registration official of the prior admitting jurisdiction. The elector must provide the street address at which they were last registered. When the prior admitting jurisdiction is in CT, the registrars from the prior admitting jurisdiction must remove such elector from their registry upon receipt of such notice.

When the Office of the Secretary of the State receives information from a registration official of another state or territory that a CT elector has registered in another state, this office does transmit, but is not required to transmit, a notification of such registration to the registrars in the town where such elector is registered.

Secretary of the State*   860-509-6200   sots.ct.gov
Business Services Division   860-509-6002   bsd@ct.gov   Legislation & Election Administration Division   860-509-6100   lead@ct.gov
*The State of Connecticut is an Affirmative Action/Equal Opportunity Employer.

**Office of the Secretary of the State**
State of Connecticut
165 Capitol Avenue, Suite 1000
P.O. Box 150470, Hartford, CT 06115-0470

**Stephanie Thomas**
Secretary of the State

**Jennifer D. Barahona**
Deputy Secretary of the State

## II. EAVS Inquiries

### a. Removal of Deceased Persons from Voter Registration Rolls

Removal of deceased people from voter registration rolls as required under 52 USC § 20507(a)(4)(A) is facilitated by this office's receipt and distribution of lists received from the Department of Public Health and the Election Registration Information Center ("ERIC"). Upon receipt of such lists, this office distributes the data to local election officials for action to be taken on their part. All list maintenance is completed by the registrars.

### b. Confirmation Notices

Registrars are responsible for processing new and updated voters in Connecticut's Centralized Voter Registration System ("CVRS").  The state does not send any confirmation notices; confirmation notices are mailed by registrars. Regarding the A10 questions in the EAVS report, 31 municipalities did not provide the total number of confirmation notices sent out by their office. Other municipalities provided no data at all on confirmation notices. Missing data points are guaranteed to result in discrepancies.

### c. Duplicate Voter Registrations

Each December, a contractor runs a program on CVRS that runs town-by-town, scanning the entire CVRS database for matches on the data points of last name and date of birth. The result of this program being run is the creation of 169 files, one for each municipality. This office's contractor then imports the data into an excel spreadsheet and sends the file to the corresponding town.

Each January, the contractor creates an extract for ERIC of current voters, and ERIC executes their own duplicate list. This data is sent to the contractor, and the contractor disseminates the data to each town. On a day-to-day basis, when registrars receive a mailed-in or in-person voter registration card, the registrars conduct a statewide search. While performing such search, if a voter appears on CVRS with matching first and last name and date of birth, or a matching last name and date of birth, the registrar reviews each match to determine if any of the voters are a match with the new voter. If a voter indicates they have changed their name, the registrar must search for the individual's previous name as well.

Voters processed through the Department of Motor Vehicles ("DMV") must provide their correct, prior address when updating their voter registration with the DMV. If the voter provides the wrong address, a duplicate file

Secretary of the State* ℅ 860-509-6200 ⊕ sots.ct.gov
Business Services Division ℅ 860-509-6002 ✉ bsd@ct.gov Legislation & Election Administration Division ℅ 860-509-6100 ✉ lead@ct.gov
*The State of Connecticut is an Affirmative Action/Equal Opportunity Employer.

**Office of the Secretary of the State**
State of Connecticut
165 Capitol Avenue, Suite 1000
P.O. Box 150470, Hartford, CT 06115-0470

**Stephanie Thomas**
Secretary of the State

**Jennifer D. Barahona**
Deputy Secretary of the State

is created with the error. Currently, CVRS has no automatic method of detecting duplicates. Registrars must reconcile the data provided by this office when performing list maintenance. The new CVRS, in its final stages of preproduction, is designed to automatically detect and reconcile duplicate registrations.

### d. Removal of Ineligible Voters

As stated above, list maintenance is performed by registrars of voters on a town-by-town basis. Still, the state does have some level of involvement in identifying certain ineligible voters:

#### i. Felony Convictions

The state receives lists monthly from the Department of Correction ("DOC"), which contain the names of individuals sentenced following a felony conviction. The state distributes these lists to each applicable municipality. An individual loses their right to vote upon conviction of a felony and committal to the custody of the state or the federal government at a state or federal correctional institution or committal to the custody of the chief correctional official of any other state or county of any other state in a correctional institution. Their voter registration, if any, will be marked "OFF" by their town's registrar in CVRS.

#### ii. Non-citizen

The state does not have a formal role in determining the citizenship of voters but does refer certain cases to the State Elections Enforcement Commission ("SEEC") when warranted. Each person who applies for admission as an elector in person to an admitting official must complete the voter registration form and sign, under the penalties of perjury, that they are a United States citizen. In the case where the Secretary's office is notified that a non-citizen may be registered to vote and/or may have a vote history, their information is referred, by our office, to SEEC, for investigation.

#### iii. Adjudicated Incompetent

Every citizen of the United States who is eighteen years old, a bona fide resident of the town in which they seek to become an elector, and who takes such oath shall be qualified to be an elector. Conn. Const. art. VI, § 1 and CGS § 9-12. The term "adjudicated incompetent" was removed from Connecticut's statutory language in 1991. The term "protected person" replaced the former language.

A protected person is a person for whom guardianship is granted under CGS §§ 45a-669 to 45a-683, inclusive. CGS § 45a-669(9). A person deemed to be a protected person under statute does not lose their right to vote upon being adjudicated as a protected person. Under CGS § 45a-703, the guardian or conservator of an individual may file a petition in probate court to determine such individual's competency to vote in a primary, referendum, or election. Under these circumstances, only a Court may remove an elector's right to vote after

Secretary of the State*   860-509-6200   sots.ct.gov
Business Services Division   860-509-6002   bsd@ct.gov   Legislation & Election Administration Division   860-509-6100   lead@ct.gov
*The State of Connecticut is an Affirmative Action/Equal Opportunity Employer.

**Office of the Secretary of the State**
State of Connecticut
165 Capitol Avenue, Suite 1000
P.O. Box 150470, Hartford, CT 06115-0470

**Stephanie Thomas**
Secretary of the State

**Jennifer D. Barahona**
Deputy Secretary of the State

---

receiving such a petition and holding a hearing. This hearing is privileged, and the state has no formal role here.

We are gathering the requested data and will provide it as soon as practical.

Sincerely,

*[signature]*

Stephanie Thomas

Secretary of the State

Enclosures:

- CT Bluebook Excerpts of Local Officials by Town 2022, 2023, and 2024
- List of Registrars 2025

To be provided:

- CVRS Duplicates 2022 and 2024
- ERIC Duplicates 2022, 2023, and 2024
- Felony Conviction Reports 2022, 2023, 2024, and 2025

Secretary of the State*   860-509-6200   sots.ct.gov
Business Services Division   860-509-6002   bsd@ct.gov   Legislation & Election Administration Division   860-509-6100   lead@ct.gov
*The State of Connecticut is an Affirmative Action/Equal Opportunity Employer.