UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>Defendant. | CASE NO: 3:26-cv-00021<br><br>[PROPOSED] ORDER TO COMPEL THE PRODUCTION OF RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. |

## ORDER TO COMPEL PRODUCTION

Upon the Request by the United States of America, the supporting Memorandum of Law, and the supporting Declaration, it is hereby ORDERED:

1. That the above-named Defendant shall show cause before this Court on _____ _____, 2025, at _____ o'clock, in Department ____ of the _____ Courthouse located at _____, Connecticut _____ as to why an order should not be issued pursuant to 52 U.S.C § 20701, *et seq*.:

    a) ordering Defendant to produce an electronic copy of the Connecticut statewide Voter Registration List, and

    b) ordering Defendant to produce the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law; specifically, the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20501, *et seq*., and the Help America Vote Act of 2002 ("HAVA"), 52 U.S.C § 20901, *et seq*., and

1

    c) requiring Defendant to submit electronically to the Attorney General, Civil Rights Division Voting Section, within 5 (five) days of this order, and for such other and further relief as may be just and proper; and

2. That a copy of this Order be served upon Secretary of State Stephanie Thomas, Chief Elections Officer of Connecticut by email and U.S. mail to 30 Trinity St, Hartford, CT 06106; and

3. That Defendant, having been served by the Clerk of Court with Plaintiff's Request, Memorandum of Law, attachments, and Declaration via certified mail at the time of service of Summons and Complaint, shall file with this Court and serve any response addressing the issues raised in the Request seven (7) days prior to the hearing date; and

4. That Plaintiff shall serve and file any reply thereto, one (1) day prior to the hearing date.

Entered this ___ day of _____, 2026.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT