IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA: | : | 3:26-CV-00021-KAD |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STEPHANIE THOMAS | : | |
| *Defendant.* | : | JANUARY 13, 2026 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the Defendant, Stephanie Thomas, in her official capacity as Secretary of State for the State of Connecticut, in the above-mentioned matter.

This appearance is in addition to the appearance of Michael Rondon, Assistant Attorney General, already on file.

Dated at Hartford, Connecticut this 13th day of January 2026.

                                            Respectfully submitted,
                                            DEFENDANT
                                            STEPHANIE THOMAS,

                                            WILLIAM TONG
                                            ATTORNEY GENERAL

                                            By: /s/ *Blake T. Sullivan*
                                            Blake T. Sullivan (ct30289)
                                            Assistant Attorney General
                                            Attorney General's Office, Special Litigation
                                            165 Capitol Avenue, Suite 5000

Hartford, CT 06106  
Tel: (860) 808-5020  
Fax: (860) 808-5347  
E-mail: Blake.Sullivan@ct.gov

**CERTIFICATION**

I hereby certify that on January 13, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

U.S. DOJ-Civil Rights Dept.
Brttany E. Bennet
950 Pennsylvania Ave, NW
Washington, DC 20579
Brittany.bennett@usdoj.gov

William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
bbloss@koskoff.com

/s/ *Blake T. Sullivan*
Blake T. Sullivan (ct30289)
Assistant Attorney General