# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br>*Defendant* | Case No. 3:26-cv-00021 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, and Seiu District 1199NE.

Date: 1/14/2026

/s/ David R. Fox
*Attorney's signature*

David R. Fox (DC 1015031)
*Printed name and bar number*

250 Massachusetts Ave. NW
Suite 400
Washington, DC 20001
*Address*

dfox@elias.law
*E-mail address*

(202) 968-4546
*Telephone number*

(202) 312-5904
*FAX number*