# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States of America,  <br> *Plaintiff* <br> v. <br> STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.   3:26-cv-00021 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, and Seiu District 1199NE    .

Date:   1/14/2026

/s/ Marisa O'Gara
*Attorney's signature*

Marisa O'Gara (DC 90001096)
*Printed name and bar number*

250 Massachusetts Ave. NW
Suite 400
Washington, DC 20001

*Address*

mogara@elias.law
*E-mail address*

(202) 987-5096
*Telephone number*

(202) 312-5904
*FAX number*