# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>  *Defendant*. | Case No. 3:26-cv-00021 (KAD) |

## NOTICE OF APPEARANCE

I am authorized to practice in this Court, and I appear as counsel for the plaintiff in this action.

Respectfully submitted,

*/s/ Joseph Gaylin*
Joseph Gaylin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8469
jgaylin@acluct.org