# EXHIBIT 4

# Declaration of Ms. Claire Ewing

Pursuant to 28 U.S.C. § 1746, I, Claire Ewing, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.

2. I am 61 years old and am otherwise competent to testify.

3. I reside in Connecticut with my husband.

4. I work seasonally as a floral artisan.

5. I am originally from South Africa. I came to the United States in 1982 for college, when I was eighteen years old. I married an American and have lived here ever since.

6. In 1994, I cast my first vote ever, for Nelson Mandela, as South African citizen by way of an absentee ballot. I filled out my ballot in the San Francisco City Hall. To this day, I still remember my excitement voting for the first leader of South Africa after apartheid.

7. After living in the United States for many years, I made the decision to become a naturalized citizen. I both felt eager to participate in American democracy and became fearful that I, as a green card holder, might be targeted by the Trump administration.

8. On October 3, 2019, I became a naturalized citizen. At the time, I was living in Illinois, and I promptly registered to vote there. After voting for the first time, I remember feeling like a part of a community much larger than myself.

I was proud to share my voice and to express my beliefs as an American citizen.

9. I moved to Connecticut on November 7, 2024, to be closer to family and friends. After the move, I registered to vote in Connecticut and voted in Connecticut in the 2025 election.

10. I am concerned that the current presidential administration will try to suppress votes. I understand that they have publicly floated the idea of de-naturalizing citizens. I want to exercise my rights as a citizen, but I am worried that some in power do not share my views on the rights of naturalized citizens.

11. When I learned that the Department of Justice requested voter records from Connecticut, including with sensitive data, I became concerned about how they might use these lists. I believe that recently naturalized citizens like me may be more vulnerable than other groups of voters to false allegations about illegal voting.

12. I care about the privacy of my personal data and about the integrity of the electoral system. I believe that we should make the electoral process more welcoming to every eligible voter and make sure that voters are not intimidated from exercising their rights. I also believe that eligible voters should not be removed from registration lists.

13. I feel strongly that the modern U.S. is built on immigrants, who deserve to feel like a part of the country. Naturalized citizens are people who have chosen to live here and people for whom the right to cast a ballot here is particularly important. They typically have more faith in the American system than many American-born citizens. They deserve a chance to participate in civic life through voting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 23, 2026, Norwalk, Connecticut.

_____
Claire Ewing