# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br> v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>        *Defendant*. | Case No. 3:26-cv-00021 (KAD) |

## Rule 7.1 Disclosure Statement

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Common Cause, through undersigned counsel, hereby certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: January 27, 2026

 

*/s/ Joseph Gaylin*
Joseph Gaylin (#ct32089)
Elana Bildner (#ct30379)
Dan Barrett (#ct29816)
Jaclyn Blickley (#ct31822)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471
jgaylin@acluct.org
dbarrett@acluct.org
ebildner@acluct.org
jblickley@acluct.org

*Counsel for Proposed Intervenor Common Cause*