**United States District Court**
**District of Connecticut**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br>  v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>              *Defendant*. | Case No. 3:26-cv-00021 (KAD) |

**Notice of Appearance**

I am authorized to practice in this Court, and I appear as counsel for the movant-intervenors Common Cause and Claire Ewing in this action.

*/s/ Dan Barrett*
Dan Barrett (#ct29816)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471
e-filings@acluct.org