**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 3:26-cv-00021 (KAD) |
| STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut, | |
| *Defendant*. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. Local R. 83.1(e), I request that the Court admit William Hughes, Theresa J. Lee, Sophia Lin Lakin, and Patricia Yan to practice before it *pro hac vice*, and I have attached their declarations for the Court's consideration.

Respectfully submitted,

*/s/ Joseph Gaylin*
Joseph Gaylin (#ct32089)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8469
jgaylin@acluct.org