UNITED STATES DISTRICT COURT
OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff*,<br>　v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>　　　　　*Defendant*. | Case No. 3:26-cv-00021 (KAD) |

**Declaration of William Hughes in Support
of Admission *Pro Hac Vice***

1. I am a lawyer practicing with the American Civil Liberties Union Foundation. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is (212) 549-2500. My fax number is (332) 234-9285. My email address is whughes@aclu.org.

2. I am a member of the bar of New York State, with license number 5867346.

3. I am also a member of the bar of the following federal courts, none of which assign attorney numbers: Third Circuit Court of Appeals, District Court of Colorado, and Central District Court of Illinois.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Joseph Gaylin (# ct32089), of the ACLU Foundation of Connecticut, P.O. Box #230178, Hartford, CT 06123, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro have vice in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

/s/ *William Hughes*
William Hughes

Dated: January 30, 2026