UNITED STATES DISTRICT COURT
OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff*,<br>v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>         *Defendant*. | Case No. 3:26-cv-00021 (KAD) |

**Declaration of Theresa J. Lee in Support
of Admission *Pro Hac Vice***

1. I am a lawyer practicing with the American Civil Liberties Union Foundation. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My telephone number is (212) 549-2500. My fax number is (332) 234-9285. My email address is tlee@aclu.org.

2. I am a member of the bar of New York State, with license number 5022769, and the Commonwealth of Massachusetts Bar, with license number 712583 (inactive).

3. I am also a member of the bar of the following federal courts: Supreme Court of the United States, with bar number 302813, the First Circuit Court of Appeals, with bar number 1213918, the Southern District of New York, with bar number TL2151, the Eastern District of New York, with bar number TL8342, the Western District of Wisconsin, with bar number 4157271, and the following, none of which assign attorney numbers: Courts of Appeals in the following Circuits: Second, Fifth, Sixth, Ninth, Tenth, and Eleventh; and the following Federal District Courts: District of Colorado, and Central District of Illinois.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I designate Joseph Gaylin (# ct32089), of the ACLU Foundation of Connecticut, P.O. Box #230178, Hartford, CT 06123, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro have vice in this litigation.

8. I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Theresa J. Lee*
Theresa J. Lee

Dated: January 30, 2026