AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-00021 (KAD) |
| STEPHANIE THOMAS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Common Cause, Claire Ewing                            .

Date:   02/05/2025

*Attorney's signature*

Theresa J. Lee (NY Bar No. 5022769)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

tlee@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(332) 234-9285
*FAX number*