# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of the State of Connecticut,<br><br>Defendant. | Case No. 3:26-CV-00021 |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Intervenor-Defendants SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino here by move for an order allowing Attorney Marisa A. O'Gara to withdraw as their counsel of record in this action. Attorney O'Gara is no longer affiliated with Elias Law Group LLP. Notice of this Motion has been provided to Intervenor-Defendants, and a certificate of service is attached hereto.

Intervenor Defendants will continue to be represented by Attorney William Bloss of Koskoff Koskoff & Bieder, P.C., as well as Attorneys David R. Fox and Tori Shaw of Elias Law Group LLP; therefore, withdrawal is permissible under Local Rule 7(e). For the reasons stated, it is respectfully requested that this motion be granted without oral argument.

1

Dated: February 6, 2026  Respectfully submitted,

/s/ William M. Bloss
William Bloss
CT Fed. Bar. No. CT01008
**KOSKOFF KOSKOFF & BIEDER P.C.**
350 Fairfield Avenue, Suite 501
Bridgeport, CT 06604
T: (475) 766-4317
BBloss@koskoff.com

David R. Fox*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
tshaw@elias.law

* Admitted *Pro Hac Vice*

*Counsel for Intervenor-Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record, and to Intervenor-Defendants via certified mail, return receipt requested.

*/s/ William M. Bloss*
