1

FEB 13 2026 PM 2:00
FILED - USDC - BPT - CT

Federal District Court

915 Lafayette St Bridgeport CT 06604

3:26  cv 00021 Dooley.

Motion to Intervene.

DOJ Vs

Stephanie Thomas CT Secretary of State.



Dooley was involved with 22cv01065-jam.

Justice Meyer believes Election fraud and Electronic torture are Conspiracy theory.  It is FACT.

They are driving people to suicide with DEW/Ravenclaw.

 The Ct 22cv01065 is now corrupted by Judge Nathan who pardoned Leslie Groff who had 150,000 mentions in the Epstein human trafficking Child torture case.  Nathan was an Obama staffer that worked for Obama in 2009 and 2010.

 CT is biomedically chipping Americans and for remote neural monitoring, through Yale, allprisons, IBM, Lockheed Martin, Raytheon and 1500 other companies. The judges are rigging elections for the Ct Deep State including Narcos terrorist maduro/dominion Voting.

1) CT registered 800,000 illegals to vote through the DMV.
2)  CT them filled out absentee ballots, some were pre-signed.
3) They mailed them on an unsolicited basis.
4) They took 39 Zuckerberg bribes to stuff the ballots.
5) They denied 12 candidates ballot access. Just in 2022.
6) They used ES&S, LHS, KnowInc, poll pads Poll books, Diebold/Dominion Voting with Serbian Programmers.
7) The Secrtary of state stole petitioning candidate signatures and gave them to Ken Dixon at Hearst to create a smear campaign.
8) The secretary of state had bank accounts closed.
9)  The Secrtary of state had opposing candidates de-platformed from social media through Todd O'Boyle at disinformation@CISecurity.org

FEB 13 2026 PM 2:00
FILED-DROP-USDC-C

2

10) CT did an Artic Frost attack on Flynn throught the Secrtary of State by claiming that I was a threat. Stephanie Thomas had the DA file false charges and lied about having a Judge White warrant for my arrest.

11) Flynn's family was attacked.

12) Judge white falsified statements.

13) The secretary of State worked with DA to falsify charges and arrest Flynn.

14) Flynn was poisoned. Flynn was force medicated with Zyprexa the Diabetic Killer.

15) The secretary of state Violated executive order 7ww.

16) The secretary of state Violated the presidential executive order against weaponizing the courts.

17) The secretary of stated hacked 20 ofther states in 2020 through Scytl.

18) The Democratic senate majority leader's son Truglia died in 2025 and falsified a warrant after his death for DHMAS. The Truglia warrant was given to Whiting Forensic Hospital to maintain that there was a valid warrant a year after the Judge's death.

19) DA Halstrom who is in the Norwalk DNC made false statements to multiple judges. DA Hallstrom stated that I threatened "to blow up the Bridgeport court," which never happened.

20) The secretary of state destroyed all the America first new party signatures and is involved in the disappearance of My campaign manager.

21) The City of norw;lk harassed my campaign manager and the state Police has withheld all reports.

22) The secretary of state then called the disinformation@CISecurity.org and had Flynn2022 kicked off You tube three times, linked-in Twitter, and 2 Facebook pages.

23) Flynn was a vaccine analyst from 1997 to 2001. Flynn was attacked.

24) All the Flynn votes for 3 elections were cancelled through software by Connecticut.

25) DA Halstrom somehow used a Congressman Jim Himes staffer as a public defender for Flynn. DA Halstrom and Dennis Bradley decided which twitter posts Flynn had to take down. Interference.

26) Halstrom did a 54-56d competency review and gave the Whiting staff false information. Salcido and Mayzler both committed perjury.

27) Flynn was told that he never ran for US senate and if he did not change his testimony, he would never be released form Whiting.

28) The state of Ct did the same thing to Jennifer Almeada.

29) The whiting staff claimed that Flynn never ran for US senate. Stephanie Thomas destroyed all the Votes for Flynn.

30) Flynn was denied insulin for 50 days.

31) Stephanie Thomas destroyed all the signatures for the America First party. Stephanie Thomas refused the petitioning candidate signatures of Flynn and destroyed them.

32) The secretary of state framed Flynn. Stephanie Thomas' office lied about the Judge White warrant. Judge white I am told murdered his own daughter. Da Hallstrom denied it.

33) I am told Judge white was given free Oxy out of the back door of Doctor Ahuja's. I am told that Bernard's uncle overdosed Bernard's cousin.

34) Sam Magliari's niece was overdosed.

35) More than 63 protective orders were denied for the protection of Flynn by the Stamford superior Court And the Bridgeport fusion center.

36) On 1/27 at 4 pm Congressman Larson threatened to shoot Flynn and the capitol police refused to take a report 3 times.

37) Norwalk, Stamford and Darien police blacklisted Flynn and falsified a 25-year investigation into 1,239 cashed stolen checks, 15 bank accounts, and 500,000 felonies. Flynn filed multiple complaints with the FBI, and the CT banking and Securities division. Flynn was a whistleblower against Bernie Madoff on 9/30/2000 nothing was done. Flynn started 350 lawsuit which were dismissed without discovery, hearings, subpoenas, and multiple related people have subsequently been murdered.

38) CT hacked more than 20 other states in the 2020 election. Trump Votes were changed to Biden votes in every town in Ct. (through Tyler technologies) Attached is the 2024 Appellate brief Read page 20.

39) None of the signatures from Bridgeport or Stamford were approved. There were 300 from Bridgeport and 300 Stamford signatures in each US Senate Race.

40) Stepohanie Thomas destroyed the Cast Vote record violating HAVA.

41) The Attorney general signed election software contracts that clearly define that in "the hands of a bad actors these elections can easily be falseified". Candidates like Flynn could be zeroed out and I was.

42) The Staff destroyed thousand and thousands of petitioning candidate signatures collected for the 2022 Blumenthal race and the 2024 Murphy U S Senate races.

43) The staff destroyed all votes. Voters sent pictures to Flynn of their Ballots.


John Flynn 31 Quintard Ave Norwalk district b o6854.

 Stephanie Thomas changed my voter Registration sometime in August 2026.

4

*Epstein Files,*

████████ , ████████████████████████████████████ and her husband ████

████ are leaders of a prostitution and child molesting and sex trafficking syndica

he Ashley Madison network. A large majority of the funding for said network is held

f capital investors and property they have acquired. Much of the property is used to

 radio transmitters. These transmitters send a signal of RF, audio and video that are

e receive the signal in a way that interferes with their central nervous system. Thes

 people use extensive conditioning techniques to make people experience tactile, a

allucinations. It is used extensively to molest children. These transmitters often are

 the street as a satellite dishes. Between the radio signal that is recorded of a perso

 and the conditioning, people who hear the transmission begin to experience sensat

e person who made the recording. This Ham Radio technique makes it seem as tho

hearing voices and feeling these other hallucinations that often resemble sexual int

people. This technology is what was used to communicate to and harass Jeffrey Eps

riving people to commit suicide is a common practice with these transmitters. They

attempt to replicate break-ins and home invasions. For some reason, people who ha

he lives of others and attempt to cause as much harm as possible.