AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-00021 (KAD) |
| STEPHANIE THOMAS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Common Cause, Claire Ewing .

Date: 02/20/2026

/s/ Sophia Lin Lakin
*Attorney's signature*

Sophia Lin Lakin (NY Bar No. 5182076)
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

*Address*

slakin@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

(332) 234-9285
*FAX number*