IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. STEPHANIE THOMAS, in her official capacity as Secretary of the State of Connecticut, *Defendant*, SEIU DISTRICT 1199NE, CONNECTICUT ALLIANCE FOR RETIRED AMERICANS, CONNECTICUT CITIZEN ACTION GROUP, and BETTE MARAFINO, *Intervenor-Defendants*, and COMMON CAUSE, and CLAIRE EWING, *Intervenor-Defendants*. | Case No. 3:26-CV-00021-KAD February 27, 2026 |

**MOTION TO DISMISS OF INTERVENOR-DEFENDANTS SEIU DISTRICT 1199NE, CONNECTICUT ALLIANCE FOR RETIRED AMERICANS, CONNECTICUT CITIZEN ACTION GROUP, AND BETTE MARAFINO**

Intervenor-Defendants SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino (collectively, "Intervenors") move to dismiss Plaintiff's Complaint, ECF No. 1, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying memorandum, Plaintiff's Complaint fails to state a claim upon which relief may be granted. That memorandum also serves

as a combined opposition to Plaintiff's Motion for Order to Compel Records, ECF No. 9, and a response to the Court's Order to Show Cause, ECF No. 10.

**WHEREFORE**, Intervenors request that the Court dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: February 27, 2026

Respectfully submitted,

*/s/ William Bloss*
William Bloss
CT Fed. Bar No. CT01008
**KOSKOFF KOSKOFF & BIEDER P.C.**
350 Fairfield Avenue, Suite 501
Bridgeport, CT 06604
T: (475) 766-4317
BBloss@koskoff.com

David R. Fox*
Joshua C. Abbuhl**
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jabbuhl@elias.law
tshaw@elias.law

* Admitted *Pro Hac Vice*
** *Pro Hac Vice* Application Pending

*Counsel for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ William Bloss*