IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA:  *Plaintiff* | : : : | 3:26-CV-00021-KAD |
| v. | : : | |
| STEPHANIE THOMAS  *Defendant.* | : : | March 4, 2026 |

## NOTICE OF FILING OF NEW EXHIBIT C
## TO THE AFFIDAVIT OF GABE ROSENBERG, ECF 58-5

Defendant, Secretary of the State of Connecticut Stephanie Thomas, hereby files the attached new version of Exhibit C to the Affidavit of Gabe Rosenberg, ECF 58-5. This new version of Exhibit C removes unnecessary highlighting and is substantively identical to the originally filed ECF 58-5.

        Respectfully submitted,

        DEFENDANT
        STEPHANIE THOMAS,

        WILLIAM TONG
        ATTORNEY GENERAL

        By:   /s/ *Michael Rondon*
        Michael Rondon (ct31022)
        Blake Sullivan (ct30289)
        Assistant Attorneys General
        Attorney General's Office, Special Litigation
        165 Capitol Avenue, Suite 5000
        Hartford, CT 06106
        Tel:  (860) 808-5020
        Fax: (860) 808-5347
        Michael.Rondon@ct.gov
        Blake.Sullivan@ct.gov

## CERTIFICATION

I hereby certify that on March 4, 2026, a copy of the foregoing was electronically filed and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

    U.S. DOJ-Civil Rights Dept.
    Brttany E. Bennett, Joseph W. Voiland
    950 Pennsylvania Ave, NW
    Washington, DC 20579
    Brittany.bennett@usdoj.gov
    Joseph.voiland@usdoj.gov

    William M. Bloss
    Koskoff, Koskoff & Bieder, P.C.
    350 Fairfield Ave.
    Bridgeport, CT 06604
    bbloss@koskoff.com

    Elias Law Group LLP
    David Robert Fox, Marisa O'Gara, and Tori Shaw
    250 Massachusetts Ave NW
    Suite 400
    Washington, DC 20001
    dfox@elias.law
    mogara@elias.law
    tshaw@elias.law

    ACLU Foundation of Connecticut
    Dan Barrett and Jaclyn Marie Blickley
    P.O. Box #320647
    Hartford, CT 06132
    dbarrett@acluct.org
    jblickley@acluct.org

    ACLU Foundation of Connecticut

Joseph Purpura Gaylin
80 State House Square
PO Box 230178
Hartford, CT 06123
jgaylin@acluct.org

American Civil Liberties Union Foundation
Patricia Jia Yan
915 15th Street NW
Washington, DC 20005
pyan@aclu.org

American Civil Liberties Union Foundation
Sophie Lin Lakin, Theresa J. Lee, and William Hughes
125 Broad Street
New York, NY 1004
slakin@aclu.org
tlee@aclu.org
WHughes@aclu.org

/s/ *Michael Rondon*
Michael Rondon (ct31022)
Assistant Attorney General