**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date 3/19/2026

USA

Vs.

Stephanie Thomas

BKY Appellant

BKY Appellee

BKY case #

Start Time 10:08    End Time 12:46

Recess (if more than ½ hr) _____ to _____

Total Time 2 hour(s) 38 minute(s)

Case # 3:26-cv-00021-KAD

Honorable Judge Kari A. Dooley

Deputy Clerk Abby Bociek

Counsel for Pla(s) Tucker, Hauenschild

Counsel for Dft(s) Rondon, Sullivan, Lewis, Abbuhl, Hughes

Reporter/Courtsmart Tracy Gow

Interpreter

Language

Hearing held

☑ in person  ☐ by video  ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ◼ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ◼ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

Rev. 2/11/26