**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br> v.<br><br>STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut,<br><br>       *Defendant*. | Case No. 3:26-cv-00021 (KAD) |

**<u>INTERVENOR-DEFENDANTS COMMON CAUSE AND CLAIRE EWING'S</u>**
**<u>SUBMISSION OF SUPPLEMENTAL AUTHORITY</u>**

The Court held a hearing on March 19, 2026, regarding its January 14 Order to Show Cause, *see* Dkt. No. 30, the United States' motion to compel, *see* Dkt. No. 9, and Defendant and Intervenor-Defendants' motions to dismiss, *see* Dkt. Nos. 56, 58, 60. At the hearing, the Court directed Intervenor-Defendants Common Cause and Claire Ewing to submit the agreement between the U.S. Department of Homeland Security ("DHS") and states regarding participation in the Systematic Alien Verification for Entitlements ("SAVE") database.

Attached as Exhibit 1 is the Memorandum of Agreement between Alabama and DHS. Section VI(C)(1) states that DHS "reserves the right to use information from the User Agency for any purpose permitted by law, including, but not limited to, the prosecution of violations of Federal administrative or criminal law," *id.* at 9, demonstrating that DHS is able to retain information checked by states against the SAVE database. In addition, § IV(B)(2)(d) of the Memorandum states that the parties agree to:

> Allow DHS-USCIS to monitor and review all records and documents related to the use, abuse, misuse, fraudulent use or improper use of SAVE by the User Agency, including, but not limited to original registrant or registered voter consent documents required by the Privacy Act, 5 U.S.C. § 552a or other applicable authority[.]

1

Ex. 1 at 7. Identical language appears in Memoranda of Agreement between DHS and Arkansas, Indiana, Iowa, Louisiana, Michigan, Mississippi, Missouri, North Dakota, Ohio, Texas, and Wyoming, and nearly-identical language appears in the Memorandum of Agreement between DHS and North Carolina.[1]

Attached as Exhibit 2 is the System of Records Notice ("SORN") issued by DHS on October 31, 2025. The SORN states, "Records collected in the process of enrolling in SAVE and in verifying U.S. citizenship or immigration status are stored and retained in SAVE for ten (10) years from the date of completion of verification." *See* Ex. 2 at 7-8, Privacy Act of 1974; System of Records, 90 Fed. Reg. 48,948, 48,954-55 (Oct. 31, 2025).

Dated: March 19, 2026

William Hughes*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

Patricia Yan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

Respectfully submitted,

*/s/William Hughes*
Joseph Gaylin (#ct32089)
Elana Bildner (#ct30379)
Dan Barrett (#ct29816)
Jaclyn Blickley (#ct31822)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471
jgaylin@acluct.org
ebildner@acluct.org
dbarrett@acluct.org
jblickley@acluct.org

*Counsel for Intervenor-Defendants Common Cause and Claire Ewing*

* Admitted *pro hac vice*

---

[1] These Memoranda of Agreement were produced in response to a request under the Freedom of Information Act, *see Bower v. U.S. Soc. Sec. Admin.*, No. 1:25-cv-2713 (D.D.C. filed Aug. 18, 2025), and are available in compiled form at https://perma.cc/3WNZ-D4VU. As relevant here, the North Carolina Memorandum differs from the others only in that § IV(B)(2)(d) states that DHS is permitted "*by law,* to monitor *ongoing SAVE use* and review all records and documents . . . ." *Id.* at 87 (additional text in italics).