**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| |
|---|
| UNITED STATES OF AMERICA, |
| *Plaintiff*, |
| v. |
| STEPHANIE THOMAS, in her Official Capacity as Secretary of State for the State of Connecticut, |
| *Defendant*. |

Case No. 3:26-cv-00021 (KAD)

<u>**INTERVENOR-DEFENDANTS COMMON CAUSE AND CLAIRE EWING'S**
**SUBMISSION OF SUPPLEMENTAL AUTHORITY**</u>

Intervenor-Defendants Common Cause and Claire Ewing submit this Notice of Supplemental Authority regarding a decision in one of the other cases in which the United States Department of Justice ("DOJ") is seeking production of states' full and unredacted voter files pursuant to Title III of the Civil Rights Act of 1960 ("CRA"). On April 9, 2026, the District Court for the District of Massachusetts issued an opinion and order in *United States v. Galvin*, No. 25-13816-LTS, denying the DOJ's motion to compel and dismissing its complaint seeking production of Massachusetts' statewide voter registration list. That opinion is attached as Exhibit 1.

*Galvin* held that the DOJ failed to provide a sufficient statement of the basis for its demand, as required by the CRA. *See* Ex. 1, at 5–6. It held that the CRA "requires a statement of <u>why</u> the Attorney General demands production of the requested records—and, as conveyed by the statute's use of the definite article, the statement must be 'the' factual basis, not just a conceivable or possible basis." *Id.* at 6 (emphasis in original). The DOJ's demand letters to Massachusetts failed to satisfy this requirement because neither "pointed to any purported anomalies within Massachusetts's voter registration data." *Id.* at 9 (cleaned up). Further, *Galvin* rejected various arguments that the DOJ makes in this case, including that a bare citation to the CRA is sufficient

1

to satisfy the CRA's basis requirement and that, because the CRA is an investigatory tool, the DOJ is not required to provide any factual showing in support of its request. *See id.* at 10–12.

In addition, Intervenor-Defendants note certain representations made by counsel for the DOJ at oral argument in *United States v. Amore*, No: 1:25-cv-00639, the DOJ's suit seeking Rhode Island's statewide voter file. A transcript of that argument is attached as Exhibit 2. At oral argument in this case, the Court asked counsel:

> THE COURT: . . . [D]o you know the Attorney General's plan  . . . if she gets these voter rolls, are they going to be transmitted to DHS for addition to DHS's SAVE database, or whatever it's called?
> MR. TUCKER: I simply cannot state what the Attorney General's purpose may be at some other time. What I can say is, as of today, there has been no directive or instruction that the data, the non-publicly available data, is going to be transmitted to any other agency . . . ."

*See* Transcript of Proceedings, at 44:4-12, Dkt. No. 86. In sharp contrast, in *Amore*, in response to a question about the DOJ's plans for the voter lists it had already received, counsel stated: "[W]e are certainly going to be proceeding with running this, our intention is to run this against DHS's SAVE database." *See* Transcript of Proceedings, *United States v. Amore*, No. 1:25-cv-00639, at 50:21-23 (D.R.I. Mar. 26, 2026), Dkt. No. 47. And as Intervenor-Defendants previously noted, DHS retains information entered in queries through the SAVE database for at least ten years and reserves the right to use that information for law enforcement purposes. *See* Submission of Supplemental Authority, Dkt. No. 84.

The Massachusetts opinion and counsel's admissions at oral argument in Rhode Island provide further support for denying the DOJ's motion to compel and dismissing the Complaint.

Dated: April 9, 2026

Respectfully submitted,

/s/William Hughes

William Hughes*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2500
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

Patricia Yan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20001
(202) 457-0800
pyan@aclu.org

Joseph Gaylin (#ct32089)
Elana Bildner (#ct30379)
Dan Barrett (#ct29816)
Jaclyn Blickley (#ct31822)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF CONNECTICUT
P.O. Box 230178
Hartford, CT 06123
(860) 471-8471
jgaylin@acluct.org
ebildner@acluct.org
dbarrett@acluct.org
jblickley@acluct.org

*Counsel for Intervenor-Defendants Common
Cause and Claire Ewing*

* Admitted *pro hac vice*

3