# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 3:26-CV-00021-KAD |
| STEPHANIE THOMAS, in her official capacity as Secretary of the State of Connecticut, | April 17, 2026 |
| *Defendant*, | |
| SEIU DISTRICT 1199NE, CONNECTICUT ALLIANCE FOR RETIRED AMERICANS, CONNECTICUT CITIZEN ACTION GROUP, and BETTE MARAFINO, | |
| *Intervenor-Defendants*, | |
| and | |
| COMMON CAUSE, and CLAIRE EWING, | |
| *Intervenor-Defendants*. | |

### INTERVENOR-DEFENDANTS SEIU DISTRICT 1199NE, CONNECTICUT ALLIANCE FOR RETIRED AMERICANS, CONNECTICUT CITIZEN ACTION GROUP, AND BETTE MARAFINO'S NOTICE OF SUPPLEMENTAL AUTHORITY

Intervenor-Defendants SEIU District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino ("Intervenor-Defendants") respectfully provide the Court notice of supplemental authority supporting Intervenor-Defendants' pending Motion to Dismiss. *See* ECF Nos. 56–57. Today, in DOJ's parallel suit against Secretary

1

Amore of the State of Rhode Island, the district court entered an Order dismissing DOJ's complaint on the grounds that DOJ failed to state a basis and sufficient purpose for its demand as required by Title III of the CRA. *See* Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (attached hereto as Exhibit A); *see also* Intervenors' Mem. in Supp. of Mot. to Dismiss, Opp. to Mot. to Compel, & Response to Order to Show Cause, ECF No. 57 at 12-19.  The district court also rejected DOJ's request to "cure" the problems with its initial demand letter, explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A, at 13.

Five courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: April 17, 2026

Respectfully submitted,

*/s/ William Bloss*
William Bloss
CT Fed. Bar No. CT01008
**KOSKOFF KOSKOFF & BIEDER P.C.**
350 Fairfield Avenue, Suite 501
Bridgeport, CT 06604
T: (475) 766-4317
BBloss@koskoff.com

David R. Fox*
Joshua C. Abbuhl*
Tori Shaw*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
dfox@elias.law
jabbuhl@elias.law
tshaw@elias.law

* Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ William Bloss*