**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| USA<br>*Plaintiff,*<br>V. | Civil No. 3:26-cv-00021(KAD) |
| STEPHANIE THOMAS, SEIU<br>DISTRICT 1199NE, CONNECTICUT<br>ALLIANCE FOR RETIRED AMERICANS,<br>CONNECTICUT CITIZEN ACTION<br>GROUP, BETTE MARAFINO, CLAIRE<br>EWING, COMMON CAUSE<br>*Defendant,* | July 23, 2026 |

## JUDGMENT

This action came on for consideration on Defendants' Motions to Dismiss, and the United States' Motion to Compel the Production of Records before the Honorable Kari A. Dooley, United States District Judge. On July 17, 2026, the Court entered an Order denying the Motion to Compel and granting Intervenors' Common Cause and Claire Ewing's Motion to Dismiss, insofar as the records sought by the United States do not fall within the scope of Title III. The remaining Motions to Dismiss were subsequently denied as moot.

It is therefore ORDERED, ADJUDGED, and DECREED that judgment shall enter in favor of all Defendants, and the case is closed.

Dated at Bridgeport, Connecticut, this 23rd day of July 2026.

Dinah Milton Kinney, Clerk

EOD: ____7/23/26____          By: ___/s/ L. Barry_____
                                      Deputy Clerk