# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

THE UNITED STATES OF AMERICA,

      Plaintiff,

      v.

STEPHANIE THOMAS, et al.,

      Defendants.

Case No. 3:26-CV-00021-KAD

## NOTICE OF APPEAL

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Second Circuit from this Court's Order granting the Common Cause Intervenor-Defendants' Motion to Dismiss and denying the United States' Motion to Compel (ECF 109) and judgment (ECF 110) entered in this action on July 17, 2026, and July 23, 2026, respectively.

Dated: July 23, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

2

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
JONATHON HAUENSCHILD
JOSEPH W. VOILAND
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker