APPEAL,CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:26-cv-00021-KAD

| | |
|---|---|
| USA v. Thomas | Date Filed: 01/06/2026 |
| Assigned to: Judge Kari A. Dooley | Date Terminated: 07/23/2026 |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jury Demand: None |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

USA                                    represented by    **Brittany E. Bennett**
DOJ-Crt
950 Pennsylvania Ave., NW
Washington DC, DC 20579
202-704-5430
Email: brittany.bennett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Thomas Tucker**
DOJ-Crt
U.S. Department of Justice
950 Pennsylvania Avenue NW
4con 8th Floor
Washington, DC 20530
202-307-2767
Email: james.t.tucker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathon Hauenschild**
Civil Rights Division
150 M St. NE
Room 8.1134
Washington, DC 20002
202-215-2110
Email: jonathon.hauenschild@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Joseph W. Voiland**
DOJ-Crt
Civil Rights Division
4 Constitution Square
150 M Street NE
Washington, DC 20002
202-353-5318

Email: joseph.voiland@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Stephanie Thomas** | represented by | **Blake Thomas Sullivan** |

Office of the Attorney General
165 Capitol Ave
Ste 5th Fl
Hartford, CT 06106
860-808-5296
Fax: 860-808-5347
Email: blake.sullivan@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Pearl Lewis**
Office of the Attorney General
Special Litigation
165 Capitol Avenue, 5th Floor
Hartford, CT 06106
860-808-5020
Fax: 860-808-5347
Email: elizabeth.lewis1@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Rondon**
Office of the Attorney General of the State
of Connecticut
165 Capitol Ave.
Hartford, CT 06106
860-808-5020
Email: michael.rondon@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Seiu District 1199NE** | represented by | **David Robert Fox** |

Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4546
Email: dfox@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**

Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
203-336-4421
Fax: 203-368-3244
Email: bbloss@koskoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Charles Abbuhl**
Elias Law Group LLP
250 Massachusetts Ave. NW
Washington DC, DC 20001
202-987-5288
Email: jabbuhl@elias.law
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*TERMINATED: 02/09/2026*
*ATTORNEY TO BE NOTICED*

**Tori Shaw**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4663
Email: tshaw@elias.law
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut Alliance for Retired Americans**      represented by   **David Robert Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Charles Abbuhl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*TERMINATED: 02/09/2026*
*ATTORNEY TO BE NOTICED*

**Tori Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut Citizen Action Group**          represented by  **David Robert Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Charles Abbuhl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*TERMINATED: 02/09/2026*
*ATTORNEY TO BE NOTICED*

**Tori Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bette Marafino**          represented by  **David Robert Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Bloss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Charles Abbuhl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*TERMINATED: 02/09/2026*

*ATTORNEY TO BE NOTICED*

**Tori Shaw**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Intervenor Defendant</u>**

**Claire Ewing**                 represented by   **Dan Barrett**
ACLU Foundation of Connecticut
P.O. Box #320647
Hartford, CT 06132
860-471-8471
Email: dbarrett@acluct.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaclyn Marie Blickley**
ACLU Foundation of Connecticut
P.O. Box #320647
Hartford, CT 06132
860-471-8468
Email: jblickley@acluct.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Purpura Gaylin**
ACLU Foundation of Connecticut
80 State House Square
PO Box 230178
Hartford, CT 06123
475-221-0879
Email: jgaylin@acluct.org
*LEAD ATTORNEY*

**Patricia Jia Yan**
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
202-457-0800
Email: pyan@aclu.org
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union
Foundation
125 Broad Street
Ste 18th Floor

New York, NY 10004
212-519-7836
Email: slakin@aclu.org
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
American Civil Liberties Union
Foundation
125 Broad St
New York, NY 10004
212-549-2500
Email: tlee@aclu.org
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
American Civil Liberties Union
Foundation
125 Broad St
New York, NY 10004
212-549-2500
Email: whughes@aclu.org
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Common Cause**               represented by   **Dan Barrett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaclyn Marie Blickley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Purpura Gaylin**
(See above for address)
*LEAD ATTORNEY*

**Patricia Jia Yan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**John Flynn**
*TERMINATED: 02/13/2026*

represented by **John Flynn**
31 Quintard Ave.
Norwalk, CT 06854
PRO SE

**Amicus**

**Democratic National Committee**
*Amicus Party*

represented by **Kevin N. Reynolds , I**
Law Office of Kevin N. Reynolds
71 Sycamore Road
West Hartford, CT 06117
860-308-2388
Fax: 860-206-0659
Email: kreynolds@rsgllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Former Employees Of The U.S.
Department Of Justice**

represented by **Leah Godesky**
O'Melveny & Myers LLP
1301 Avenue of the Americas
New York, NY 10019
212-326-2000
Email: lgodesky@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Brennan Center for Justice**

represented by **Armando Ghinaglia**
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06510
203-498-4389
Email: aghinaglia@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Freiman**
Wiggin and Dana LLP
Wiggin and Dana LLP
265 Church Street
New Haven, CT 06510
203-498-4400
Email: jfreiman@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Sejal Jhaveri
1101 14th St. NW
Suite 400
Washington, DC 20005
202-736-2200
Email: sjhaveri@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Campaign Legal Center** | represented by | **Armando Ghinaglia**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jonathan Freiman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sejal Jhaveri**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2026 | 1 | COMPLAINT against Stephanie Thomas, filed by USA. (Attachments: # 1 Supplement Civil Cover Sheet, # 2 Supplement Attachment to Civil Cover Sheet, # 3 Supplement Summons)(Bennett, Brittany) Modified on 1/6/2026 to correct party name (Hushin, Z.). (Entered: 01/06/2026) |
| 01/06/2026 | 2 | Notice: Pursuant to Federal Rule of Civil Procedure 7.1(b), a disclosure statement required under Rule 7.1(a) must be filed with a party's first appearance, pleading, petition, motion, response, or other request addressed to the Court and must be supplemented if any required information changes during the case.<br>Signed by Clerk on 1/6/26.(Hushin, Z.) (Entered: 01/06/2026) |
| 01/06/2026 | | Request for Clerk to issue summons as to Stephanie Thomas. (Hushin, Z.) (Entered: 01/06/2026) |
| 01/06/2026 | | CASE ASSIGNMENT: District Judge Kari A. Dooley assigned to the case. If the District Judge issues an Order of Referral to a Magistrate Judge for any matter other than settlement, the matter will be referred to Magistrate Judge Thomas O. Farrish. (Oliver, T.) (Entered: 01/06/2026) |
| 01/06/2026 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 3/7/2026 Discovery due by 7/8/2026 Dispositive Motions due by 8/12/2026<br>Signed by Clerk on 1/6/2026.(Freberg, B) (Entered: 01/07/2026) |
| 01/06/2026 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Kari A. Dooley on 1/6/2026.(Freberg, B) (Entered: 01/07/2026) |

| | | |
|---|---|---|
| 01/06/2026 | 5 | Standing Protective Order<br>Signed by Judge Kari A. Dooley on 1/6/2026.(Freberg, B) (Entered: 01/07/2026) |
| 01/06/2026 | 6 | Notice of Option to Consent to Magistrate Judge Jurisdiction.<br>(Freberg, B) (Entered: 01/07/2026) |
| 01/06/2026 | 7 | **Notice to Counsel and Litigants Regarding AI-Assisted Research**: Attorneys and *pro se* litigants alike should exercise great caution in submitting any AI-generated language in filings before the Court. Use of AI without verification of the accuracy of the information it generates like any other shoddy research method from other sources or tools implicates Federal Rule of Civil Procedure 11, the central purpose of which is to deter baseless filings in district court and thus to streamline the administration and procedure of the federal courts. Rule 11 applies fully to actions filed by *pro se* litigants.<br><br>Therefore, all parties are on notice that the Court has a no-tolerance policy for any briefing (AI-assisted or not) that hallucinates legal propositions or otherwise severely misstates the law. Such filings will often result in sanctions absent reasonable excuse. *See generally Willis v. U.S. Bank Nat'l Ass'n et al*, No. 3:25-CV-516-BN, 2025 WL 1408897 (N.D. Tex. May 15, 2025).<br>Signed by Clerk on 1/6/2026.(Freberg, B) (Entered: 01/07/2026) |
| 01/07/2026 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Stephanie Thomas* with answer to complaint due within *21* days. Attorney *Brittany Bennett* *DOJ-crt* *950 Pennsylvania Avenue, NW* *Washington, D.C. 20579*. (Freberg, B) (Entered: 01/07/2026) |
| 01/07/2026 | 9 | MOTION to Compel *Production of Records pursuant to the Civil Rights Act of 1960* by USA.Responses due by 1/28/2026 (Attachments: # 1 Memorandum in Support, # 2 Exhibit Letter to SOS, # 3 Exhibit Response Letter from SOS, # 4 Exhibit Letter to SOS, # 5 Exhibit Response Letter from SOS, # 6 Supplement Declaration of Eric Neff, # 7 Exhibit South Carolina Order, # 8 Text of Proposed Order)(Bennett, Brittany) (Entered: 01/07/2026) |
| 01/08/2026 | 10 | ORDER TO SHOW CAUSE. See attached. A Show Cause Hearing is set for **January 29, 2026 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Kari A. Dooley.<br>Show Cause Response due by 1/20/2026. Signed by Judge Kari A. Dooley on January 8, 2026. (Spears, A.) (Entered: 01/08/2026) |
| 01/09/2026 | 11 | NOTICE of Appearance by William M. Bloss on behalf of Seiu District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino (Bloss, William) (Entered: 01/09/2026) |
| 01/09/2026 | 12 | MOTION to Intervene by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE.Responses due by 1/30/2026 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Bloss, William) (Entered: 01/09/2026) |
| 01/09/2026 | 13 | Disclosure Statement by Seiu District 1199NE. (Bloss, William) (Entered: 01/09/2026) |
| 01/09/2026 | 14 | Disclosure Statement *7.1* by Connecticut Alliance for Retired Americans. (Bloss, William) (Entered: 01/09/2026) |

| 01/09/2026 | 15 | Disclosure Statement *7.1* by Connecticut Citizen Action Group. (Bloss, William) (Entered: 01/09/2026) |
|---|---|---|
| 01/09/2026 | 16 | ORDER: On January 9, 2026, Proposed Intervenors Seiu District 1199NE, Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, and Bette Marafino collectively filed a Motion to Intervene in this matter, pursuant to Rule 24 of the Federal Rules of Civil Procedure. Plaintiff is directed to file a response to the 12 Motion to Intervene on or before **January 16, 2026**. Signed by Judge Kari A. Dooley on January 9, 2026. (Spears, A.) (Entered: 01/09/2026) |
| 01/12/2026 | 17 | MOTION for Attorney(s) David R. Fox to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8461751) by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Affidavit)(Bloss, William) (Entered: 01/12/2026) |
| 01/12/2026 | 18 | MOTION for Attorney(s) Tori A. Shaw to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8461832) by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Affidavit)(Bloss, William) (Entered: 01/12/2026) |
| 01/12/2026 | 19 | MOTION for Attorney(s) Marisa A. O'Gara to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8461842) by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Affidavit)(Bloss, William) (Entered: 01/12/2026) |
| 01/12/2026 | 20 | SUMMONS Returned Executed by USA. Stephanie Thomas served on 1/12/2026, answer due 2/2/2026. (Bennett, Brittany) (Entered: 01/12/2026) |
| 01/12/2026 | 21 | SUMMONS Returned Executed by USA. (Bennett, Brittany) (Entered: 01/12/2026) |
| 01/12/2026 | 22 | RESPONSE re 12 MOTION to Intervene , 16 Order, filed by USA. (Bennett, Brittany) (Entered: 01/12/2026) |
| 01/13/2026 | 23 | ORDER granting 12 Motion to Intervene. Plaintiff having advised the Court that it takes no position thereon, *see* ECF No. 22, the 12 Motion to Intervene is hereby **GRANTED** absent objection. Intervenors shall join in the briefing schedule set forth in the Court's 10 Order to Show Cause and file an opposition to the 9 Motion to Compel on or before **January 20, 2026**. It is so ordered. Signed by Judge Kari A. Dooley on January 13, 2026. (Spears, A.) (Entered: 01/13/2026) |
| 01/13/2026 | 24 | ORDER granting 17 Motion to Appear Pro Hac Vice for Attorney David R. Fox ; granting 18 Motion to Appear Pro Hac Vice for Attorney Tori A. Shaw ; granting 19 Motion to Appear Pro Hac Vice for Attorney Marisa A. O'Gara. Signed by Clerk on 1/13/2026. (Fanelle, N.) (Entered: 01/13/2026) |
| 01/13/2026 | 25 | NOTICE of Appearance by Michael Rondon on behalf of Stephanie Thomas (Rondon, Michael) (Entered: 01/13/2026) |
| 01/13/2026 | 26 | NOTICE of Appearance by Blake Thomas Sullivan on behalf of Stephanie Thomas (Sullivan, Blake) (Entered: 01/13/2026) |
| 01/13/2026 | 27 | MOTION for Extension of Time until February 27, 2026 to Respond to the Complaint and the Court's Order to Show Cause (ECF No. 1, 10) by Stephanie Thomas. (Rondon, Michael) (Entered: 01/13/2026) |

| 01/14/2026 | 28 | NOTICE of Appearance by David Robert Fox on behalf of Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE (Fox, David) (Entered: 01/14/2026) |
|---|---|---|
| 01/14/2026 | 29 | NOTICE of Appearance by Marisa O'Gara on behalf of Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE (O'Gara, Marisa) (Entered: 01/14/2026) |
| 01/14/2026 | 30 | ORDER granting 27 Motion for Extension of Time. Defendant seeks an extension of time to respond to the 1 Complaint and the Court's 10 Order to Show Cause. Defendant's request is **GRANTED** over Plaintiff's objection, the Court finding *de minimis* prejudice to Plaintiff and good cause having been demonstrated by Defendant. Defendant shall respond to the Complaint and the Order to Show Cause on or before **February 27, 2026**. The same briefing schedule shall apply to the Intervenor-Defendants. Plaintiff shall file any reply brief(s) on or before **March 13, 2026**. Though Defendant has not specifically sought to continue the Show Cause hearing presently set for January 29, 2026, *see* ECF No. 10, the Court *sua sponte* adjourns such hearing to **March 19, 2026 at 10:00 AM**. A separate calendar shall enter.<br><br>The Court further observes that, based upon the limited filings to date, it appears to the Court that the parties disagree as to the appropriate procedural posture of this case. Although Plaintiff commenced this matter with the filing of a Complaint, it is unclear to the undersigned why a Complaint was filed at all. Whether the Court ultimately accepts the scope and limitations of the Voting Rights Act as set forth in *Kennedy v. Lynd*, 306 F.2d 222(5th Cir. 1962), it is this Court's view that the Voting Rights Act gives the district court jurisdiction to receive and adjudicate applications by the Attorney General seeking to enforce the disclosure obligations provided for therein. The Voting Rights Act is akin, for example, to 28 U.S.C Section 1782, which authorizes the district court to adjudicate disputes over discovery sought in aid of foreign and international tribunals. Whether this case is ultimately adjudicated in connection with the 1 Complaint or the 9 Motion to Compel, it is the Court's expectation that the dispute shall be fully briefed followed by a hearing at which oral argument shall be had. Thereafter, the Court will decide the issues presented as may be necessary to a resolution of this matter. If the parties are of a different view as to the procedural path forward in this litigation, they shall include such positions in their briefing. It is so ordered. Signed by Judge Kari A. Dooley on January 14, 2026. (Spears, A.) (Entered: 01/14/2026) |
| 01/14/2026 | 31 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/ THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM January 29, 2026*. The Show Cause Hearing previously set for January 29, 2026, *see* ECF No. 10, is hereby **RESET** for **March 19, 2026 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Kari A. Dooley. (Spears, A.) (Entered: 01/14/2026) |
| 01/14/2026 | 32 | NOTICE of Appearance by Tori Shaw on behalf of Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE (Shaw, Tori) (Entered: 01/14/2026) |

| 01/15/2026 | 33 | NOTICE amending 30 ORDER: It has come to the Court's attention that the Order at ECF No. 30 incorrectly references the "Voting Rights Act" as providing the Court with jurisdiction to adjudicate the application made by the Attorney General in this case. *See* ECF No. 30. However, the Complaint and the Motion to Compel each invoke Title III of the Civil Rights Act of 1960, 52 U.S.C. Section 20701, *et seq.*, not the Voting Rights Act of 1965. *See* ECF Nos. 1, 9. With apologies, ECF No. 30 is hereby amended to reflect the Court's understanding that Plaintiff has invoked the Civil Rights Act of 1960, not the Voting Rights Act as erroneously indicated. Signed by Judge Kari A. Dooley on January 15, 2026. (Spears, A.) (Entered: 01/15/2026) |
| --- | --- | --- |
| 01/27/2026 | 34 | NOTICE of Appearance by Joseph Purpura Gaylin on behalf of Claire Ewing, Common Cause (Gaylin, Joseph) (Entered: 01/27/2026) |
| 01/27/2026 | 35 | MOTION to Intervene by Common Cause, Claire Ewing.Responses due by 2/17/2026 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Gaylin, Joseph) (Entered: 01/27/2026) |
| 01/27/2026 | 36 | Disclosure Statement *7.1* by Common Cause. (Gaylin, Joseph) (Entered: 01/27/2026) |
| 01/28/2026 | 37 | NOTICE of Appearance by Dan Barrett on behalf of Common Cause, Claire Ewing (Barrett, Dan) (Entered: 01/28/2026) |
| 01/28/2026 | 38 | NOTICE of Appearance by Joseph Purpura Gaylin on behalf of Common Cause, Claire Ewing *AMENDED* (Gaylin, Joseph) (Entered: 01/28/2026) |
| 01/28/2026 | 39 | NOTICE of Appearance by Jaclyn Marie Blickley on behalf of Common Cause, Claire Ewing (Blickley, Jaclyn) (Entered: 01/28/2026) |
| 01/29/2026 | 40 | ORDER granting 35 Motion to Intervene. Plaintiff having not opposed intervention, *see* ECF No. 35 at 7 n.1, the 35 Motion to Intervene is hereby **GRANTED** absent objection. Intervenors Claire Ewing and Common Cause shall join in the briefing schedule set forth at ECF No. 30. It is so ordered. Signed by Judge Kari A. Dooley on January 29, 2026. (Spears, A.) (Entered: 01/29/2026) |
| 01/30/2026 | 41 | MOTION for Attorney(s) William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan to be Admitted Pro Hac Vice (paid $800 PHV fee; receipt number ACTDC-8484717) by Common Cause, Claire Ewing. (Attachments: # 1 Affidavit William Hughes, # 2 Affidavit Theresa J. Lee, # 3 Affidavit Sophia Lin Lakin, # 4 Affidavit Patricia Yan)(Gaylin, Joseph) (Entered: 01/30/2026) |
| 02/02/2026 | 42 | ORDER granting 41 Motion to Appear Pro Hac Vice for Attorneys William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan. Certificates of Good Standing due by 4/3/2026. Signed by Clerk on 2/2/2026. (Fanelle, N.) (Entered: 02/02/2026) |
| 02/05/2026 | 43 | NOTICE of Appearance by Theresa J. Lee on behalf of Common Cause, Claire Ewing (Lee, Theresa) (Entered: 02/05/2026) |
| 02/05/2026 | 44 | CERTIFICATE OF GOOD STANDING re 41 MOTION for Attorney(s) William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan to be Admitted Pro Hac Vice (paid $800 PHV fee; receipt number ACTDC-8484717) by Common Cause, Claire Ewing. (Lee, Theresa) (Entered: 02/05/2026) |

| 02/06/2026 | 45 | MOTION for Marisa A. O'Gara to Withdraw as Attorney by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 02/06/2026) |
|---|---|---|
| 02/09/2026 | 46 | ORDER granting 45 Motion to Withdraw as Attorney, for the reasons identified therein. Attorney Marisa O'Gara terminated. The Court observes that Local Rule 7(e) generally contemplates that the attorney seeking to withdraw files the motion on his or her own behalf. Signed by Judge Kari A. Dooley on February 9, 2026. (Spears, A.) (Entered: 02/09/2026) |
| 02/13/2026 | 47 | MOTION to Intervene by John Flynn. (Pesta, J.) (Entered: 02/13/2026) |
| 02/13/2026 | 48 | ORDER denying 47 Motion to Intervene. Movant Flynn seeks to intervene in this civil action, in which the Department of Justice has sought to compel Connecticut's Secretary of State to turn over the State's complete and unredacted voter registration list. Movant Flynn's basis for seeking such relief is entirely unclear, as is Flynn's interest in the outcome of this case. Moreover, the Motion to Intervene plainly fails to meet--or even address--the applicable standards for either intervention as of right or permissive intervention under Rule 24 of the Federal Rules of Civil Procedure. *See In re New York City Policing During Summer 2020 Demonstrations*, 27 F.4th 792, 799 (2d Cir. 2022) ("To prevail on a motion for intervention as of right, a movant must '(1) timely file an application, (2) show an interest in the action, (3) demonstrate that the interest may be impaired by the disposition of the action, and (4) show that the interest is not protected adequately by the parties to the action.'") (quotations omitted); *New York v. Nat'l Sci. Found.*, No. 25-CV-4452 (JPC), 2025 WL 1793858, at *5 (S.D.N.Y. June 30, 2025) (regarding permissive intervention, "[o]n timely motion, the court may permit anyone to intervene who... has a claim or defense that shares with the main action a common question of law or fact.") (quoting Fed. R. Civ. P. 24(b)(1)(B)). Accordingly, the Motion to Intervene is **DENIED**. The Clerk of Court is directed to terminate Movant Flynn from the docket. Signed by Judge Kari A. Dooley on February 13, 2026. (Spears, A.) (Entered: 02/13/2026) |
| 02/20/2026 | 49 | NOTICE of Appearance by Sophia Lin Lakin on behalf of Common Cause, Claire Ewing (Lakin, Sophia) (Entered: 02/20/2026) |
| 02/20/2026 | 50 | CERTIFICATE OF GOOD STANDING re 41 MOTION for Attorney(s) William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan to be Admitted Pro Hac Vice (paid $800 PHV fee; receipt number ACTDC-8484717) by Common Cause, Claire Ewing. (Lakin, Sophia) (Entered: 02/20/2026) |
| 02/20/2026 | 51 | NOTICE of Appearance by Patricia Jia Yan on behalf of Common Cause, Claire Ewing (Yan, Patricia) (Entered: 02/20/2026) |
| 02/20/2026 | 52 | CERTIFICATE OF GOOD STANDING re 41 MOTION for Attorney(s) William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan to be Admitted Pro Hac Vice (paid $800 PHV fee; receipt number ACTDC-8484717) by Common Cause, Claire Ewing. (Yan, Patricia) (Entered: 02/20/2026) |
| 02/20/2026 | 53 | NOTICE of Appearance by William Hughes on behalf of Common Cause, Claire Ewing (Hughes, William) (Entered: 02/20/2026) |
| 02/20/2026 | 54 | CERTIFICATE OF GOOD STANDING re 41 MOTION for Attorney(s) William Hughes, Theresa J. Lee, Sophia Lin Lakin, Patricia Yan to be Admitted Pro Hac Vice (paid $800 PHV fee; receipt number ACTDC-8484717) by Common Cause, |

| | | |
|---|---|---|
| | | Claire Ewing. (Hughes, William) (Entered: 02/20/2026) |
| 02/27/2026 | 55 | MOTION for Attorney(s) Joshua C. Abbuhl to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8517150) by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Certificate of Good Standing)(Bloss, William) (Entered: 02/27/2026) |
| 02/27/2026 | 56 | MOTION to Dismiss by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE.Responses due by 3/20/2026 (Bloss, William) (Entered: 02/27/2026) |
| 02/27/2026 | 57 | Memorandum in Support re 9 MOTION to Compel *Production of Records pursuant to the Civil Rights Act of 1960*, 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 02/27/2026) |
| 02/27/2026 | 58 | MOTION to Dismiss *of Defendant Secretary Thomas* by Stephanie Thomas.Responses due by 3/20/2026 (Attachments: # 1 Memorandum in Support of Motion to Dismiss, # 2 Affidavit of Chief of Staff & General Counsel in the Secretary of the State Gabe Rosenberg, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C) (Rondon, Michael) (Entered: 02/27/2026) |
| 02/27/2026 | 59 | RESPONSE TO 10 Order to Show Cause, by Stephanie Thomas filed by Stephanie Thomas. (Rondon, Michael) (Entered: 02/27/2026) |
| 02/27/2026 | 60 | MOTION to Dismiss by Common Cause, Claire Ewing.Responses due by 3/20/2026 (Attachments: # 1 Exhibit Ex. 1 - MOU)(Hughes, William) (Entered: 02/27/2026) |
| 03/02/2026 | 61 | ORDER granting 55 Motion to Appear Pro Hac Vice for Attorney Joshua C. Abbuhl. Signed by Clerk on 3/2/26. (Limberti, L) (Entered: 03/02/2026) |
| 03/02/2026 | 62 | NOTICE of Appearance by Joseph W. Voiland on behalf of USA (Voiland, Joseph) (Entered: 03/02/2026) |
| 03/02/2026 | 63 | First MOTION for Leave to File *To Appear Pro Hac Vice* by Democratic National Committee. (Attachments: # 1 Exhibit Bar Admissions, # 2 Exhibit Certificate of Good Standing)(Reynolds, Kevin) (Entered: 03/02/2026) |
| 03/02/2026 | 64 | MOTION for Attorney(s) Daniel Freeman to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8520117) by Democratic National Committee. (Attachments: # 1 Exhibit Bar Admissions, # 2 Exhibit Certificate of Good Standing)(Reynolds, Kevin) (Entered: 03/02/2026) |
| 03/02/2026 | 65 | Final MOTION for Leave to File *Amica Brief* by Democratic National Committee. (Reynolds, Kevin) (Entered: 03/02/2026) |
| 03/02/2026 | 66 | First Memorandum in Support re 65 Final MOTION for Leave to File *Amica Brief Amicus Brief* filed by Democratic National Committee. (Reynolds, Kevin) (Entered: 03/02/2026) |
| 03/03/2026 | | ORDER granting 64 Motion to Appear Pro Hac Vice for Attorney Daniel J. Freeman.. Signed by Clerk on 3/3/26. (Limberti, L) (Entered: 03/03/2026) |

| 03/03/2026 | 67 | ORDER granting 65 Motion for Leave to File. Absent objection, the Democratic National Committee's Motion for Leave to File an Amicus Brief is **GRANTED**. Signed by Judge Kari A. Dooley on March 3, 2026. (Spears, A.) (Entered: 03/03/2026) |
| --- | --- | --- |
| 03/04/2026 | 68 | NOTICE of Appearance by Joshua Charles Abbuhl on behalf of Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE (Abbuhl, Joshua) (Entered: 03/04/2026) |
| 03/04/2026 | 69 | NOTICE by Stephanie Thomas re 58 MOTION to Dismiss *of Defendant Secretary Thomas Notice of Filing of New Exhibit C to the Affidavit of Gabe Rosenberg, ECF 58-5* (Attachments: # 1 Exhibit C (New))(Rondon, Michael) (Entered: 03/04/2026) |
| 03/05/2026 | 70 | ORDER finding as moot 63 Motion for Leave to File, in light of the Court's Order granting the 64 Motion to Appear Pro Hac Vice. Signed by Judge Kari A. Dooley on March 5, 2026. (Spears, A.) (Entered: 03/05/2026) |
| 03/06/2026 | 71 | MOTION for Leave to File *Brief Of Amici Curiae* by Former Employees Of The U.S. Department Of Justice. (Attachments: # 1 Memorandum in Support Unopposed Brief Of Amici Curiae Former Employees Of The U.S. Department Of Justice)(Godesky, Leah) (Entered: 03/06/2026) |
| 03/06/2026 | 72 | ORDER granting 71 Motion for Leave to File. Absent objection, the Former Employees Of The U.S. Department Of Justice's Motion for Leave to File an Amicus Brief is **GRANTED**. Signed by Judge Kari A. Dooley on March 6, 2026. (Spears, A.) (Entered: 03/06/2026) |
| 03/10/2026 | 73 | MOTION for Leave to File *Amici Curiae Brief* by Brennan Center for Justice and Campaign Legal Center. (Attachments: # 1 Exhibit 1 - Proposed Amici Curiae Brief in Support of Defendant's Motion to Dismiss)(Freiman, Jonathan) (Entered: 03/10/2026) |
| 03/10/2026 | 74 | NOTICE of Appearance by Armando Ghinaglia on behalf of Brennan Center for Justice and Campaign Legal Center (Ghinaglia, Armando) (Entered: 03/10/2026) |
| 03/11/2026 | 75 | NOTICE of Appearance by Elizabeth Pearl Lewis on behalf of Stephanie Thomas (Lewis, Elizabeth) (Entered: 03/11/2026) |
| 03/13/2026 | 76 | Memorandum in Opposition re 60 MOTION to Dismiss , 56 MOTION to Dismiss , 58 MOTION to Dismiss *of Defendant Secretary Thomas* filed by USA. (Attachments: # 1 2d Declaration of Eric Neff, # 2 Exhibit 6 Texas MOU, # 3 Exhibit 7 GA 2006 Complaint, # 4 Exhibit 8 GA Consent Decree, # 5 Exhibit 9 NC Consent Decree, # 6 Exhibit 10 NC Hava Report, # 7 Exhibit 11 Ford-Carter Report)(Voiland, Joseph) (Entered: 03/13/2026) |
| 03/16/2026 | 77 | ORDER granting 73 Motion for Leave to File. Absent objection, the Brennan Center for Justice and Campaign Legal Center's Motion for Leave to File an Amicus Brief is **GRANTED**. Signed by Judge Kari A. Dooley on March 16, 2026. (Spears, A.) (Entered: 03/16/2026) |
| 03/16/2026 | 78 | NOTICE of Appearance by James Thomas Tucker on behalf of USA (Tucker, James) (Entered: 03/16/2026) |
| 03/17/2026 | 79 | RESPONSE re 73 MOTION for Leave to File *Amici Curiae Brief*, 77 Order on Motion for Leave to File *Amici Curiae Brief of the Brennan Center for Justice and Campaign Legal Center* filed by Brennan Center for Justice and Campaign Legal |

| | | Center. (Freiman, Jonathan) (Entered: 03/17/2026) |
|---|---|---|
| 03/18/2026 | 80 | MOTION for Attorney(s) Sejal Jhaveri to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8540668) by Campaign Legal Center. (Attachments: # 1 Certificate of Good Standing)(Ghinaglia, Armando) (Entered: 03/18/2026) |
| 03/18/2026 | 81 | REPLY to Response to 58 MOTION to Dismiss *of Defendant Secretary Thomas* filed by Stephanie Thomas. (Attachments: # 1 Exhibit 2019 MOU, # 2 Exhibit 2020 Report to DOJ)(Sullivan, Blake) (Entered: 03/18/2026) |
| 03/19/2026 | 82 | ORDER granting 80 Motion to Appear Pro Hac Vice for Attorney Sejal Jhaveri. Signed by Clerk on 3/19/26. (Limberti, L) (Entered: 03/19/2026) |
| 03/19/2026 | 83 | Minute Entry for proceedings held before Judge Kari A. Dooley: Show Cause Hearing held on 3/19/2026. Total Time: 2 hours and 38 minutes (Court Reporter Tracy Gow.) (Bociek, A) (Entered: 03/19/2026) |
| 03/19/2026 | 84 | Notice of Additional Authority re 60 MOTION to Dismiss filed by Common Cause, Claire Ewing. (Attachments: # 1 Exhibit Alabama MOU, # 2 Exhibit SAVE SORN) (Hughes, William) (Entered: 03/19/2026) |
| 03/20/2026 | 85 | NOTICE of Appearance by Jonathon Hauenschild on behalf of USA (Hauenschild, Jonathon) (Entered: 03/20/2026) |
| 03/23/2026 | 86 | TRANSCRIPT of Proceedings: Type of Hearing: Hearing re: Order to Show Cause. Held on March 19, 2026 before Judge Kari A. Dooley. Court Reporter: Tracy Gow. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/ Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/13/2026. Redacted Transcript Deadline set for 4/23/2026. Release of Transcript Restriction set for 6/22/2026. (Gow, T.) (Entered: 03/23/2026) |
| 03/23/2026 | 87 | NOTICE of Appearance by Sejal Jhaveri on behalf of Brennan Center for Justice, Campaign Legal Center (Jhaveri, Sejal) (Entered: 03/23/2026) |
| 03/27/2026 | 88 | MOTION for Attorney(s) Justin Lam to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8552339) by Brennan Center for Justice. (Attachments: # 1 Certificate of Good Standing)(Ghinaglia, Armando) (Entered: 03/27/2026) |
| 03/30/2026 | 89 | ORDER granting 88 Motion to Appear Pro Hac Vice for Attorney Justin Lam. Signed by Clerk on 3/30/2026. (Limberti, L) (Entered: 03/30/2026) |
| 04/09/2026 | 90 | Notice of Additional Authority re 60 MOTION to Dismiss filed by Common Cause, Claire Ewing. (Attachments: # 1 Exhibit MA Decision, # 2 Exhibit RI Transcript) (Hughes, William) (Entered: 04/09/2026) |

| 04/13/2026 | 91 | RESPONSE re 90 Notice of Additional Authority by USA. (Attachments: # 1 Ex 1 - Hearing Transcript Excerpt)(Hauenschild, Jonathon) (Entered: 04/13/2026) |
| 04/17/2026 | 92 | Notice of Additional Authority re 60 MOTION to Dismiss filed by Common Cause, Claire Ewing. (Attachments: # 1 Exhibit Ex. 1 (RI Opinion))(Hughes, William) (Entered: 04/17/2026) |
| 04/17/2026 | 93 | Notice of Additional Authority re 60 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Exhibit A)(Bloss, William) (Entered: 04/17/2026) |
| 04/28/2026 | 94 | RESPONSE re 93 Notice of Additional Authority, by USA. (Hauenschild, Jonathon) (Entered: 04/28/2026) |
| 04/29/2026 | 95 | Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Exhibit)(Bloss, William) (Entered: 04/29/2026) |
| 05/15/2026 | 96 | NOTICE by USA re 9 MOTION to Compel *Production of Records pursuant to the Civil Rights Act of 1960 (Additional Authority)* (Attachments: # 1 Exhibit 1 - 5.12.26 OLC Opinion)(Hauenschild, Jonathon) (Entered: 05/15/2026) |
| 05/18/2026 | 97 | RESPONSE re 96 Notice (Other) filed by Common Cause, Claire Ewing. (Hughes, William) (Entered: 05/18/2026) |
| 05/19/2026 | 98 | RESPONSE re 96 Notice (Other) filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 05/19/2026) |
| 05/20/2026 | 99 | RESPONSE re 96 Notice (Other) *to Plaintiff's Notice of Additional Authority* filed by Stephanie Thomas. (Rondon, Michael) (Entered: 05/20/2026) |
| 05/22/2026 | 100 | Notice of Additional Authority re 60 MOTION to Dismiss filed by Common Cause, Claire Ewing. (Attachments: # 1 Exhibit Maine Decision, # 2 Exhibit Wisconsin Decision)(Hughes, William) (Entered: 05/22/2026) |
| 06/05/2026 | 101 | RESPONSE re 100 Notice of Additional Authority *of Common Cause and Claire Ewing* filed by USA. (Voiland, Joseph) (Entered: 06/05/2026) |
| 06/22/2026 | 102 | Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Attachments: # 1 Exhibit A)(Bloss, William) (Entered: 06/22/2026) |
| 06/25/2026 | 103 | Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 06/25/2026) |
| 06/30/2026 | 104 | RESPONSE re 102 Notice of Additional Authority, filed by USA. (Voiland, Joseph) (Entered: 06/30/2026) |
| 06/30/2026 | 105 | RESPONSE re 103 Notice of Additional Authority filed by USA. (Voiland, Joseph) (Entered: 06/30/2026) |

| | | |
|---|---|---|
| 07/01/2026 | 106 | Supplemental Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 07/01/2026) |
| 07/14/2026 | 107 | Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 07/14/2026) |
| 07/15/2026 | 108 | Notice of Additional Authority re 56 MOTION to Dismiss filed by Connecticut Alliance for Retired Americans, Connecticut Citizen Action Group, Bette Marafino, Seiu District 1199NE. (Bloss, William) (Entered: 07/15/2026) |
| 07/17/2026 | 109 | ORDER denying 9 Motion to Compel; granting 60 Motion to Dismiss; finding as moot 56 and 58 Motions to Dismiss. For the reasons set forth in the attached Memorandum of Decision, the United States' 9 Motion to Compel is **DENIED**. The Common Cause Intervenors' 60 Motion to Dismiss is **GRANTED**. Accordingly, the remaining 56 and 58 Motions to Dismiss are **MOOT**. The Clerk of Court is respectfully directed to enter Judgment in favor of Defendants and close this case. Signed by Judge Kari A. Dooley on July 17, 2026. (AS) (Entered: 07/17/2026) |
| 07/23/2026 | 110 | JUDGMENT entered in favor of all defendants against USA. <br><br> For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all-forms/appeals_forms <br> Signed by Clerk on 7/23/2026.(lb) (Entered: 07/23/2026) |
| 07/23/2026 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link: <br><br> https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey <br> (lb) (Entered: 07/23/2026) |
| 07/23/2026 | 111 | NOTICE OF APPEAL as to 110 Judgment, 109 Order on Motion to Dismiss,,,,,,,,, Order on Motion to Compel,, by USA. (Tucker, James) (Entered: 07/23/2026) |